**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-211-FDW-DCK**

| | |
|---|---|
| DREW VAN HORN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LENOIR-RHYNE UNIVERSITY; and ) | |
| WAYNE B. POWELL, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Entry Of Protective Order" (Document No. 13) filed September 6, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Entry Of Protective Order" (Document No. 13) is **GRANTED**.

Signed: September 6, 2017

David C. Keesler
United States Magistrate Judge